

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 13-cr-647-95 |
| | : | |
| v. | : | Hon. Michael A. Hammer |
| | : | |
| LAMAR HOOVER, | : | |
| a/k/a "Mar Mar" | : | **SEALING ORDER** |

This matter having been brought before the Court upon application of Paul J. Fishman, the United States Attorney for the District of New Jersey (Andrew J. Bruck, Assistant United States Attorney, appearing), for an order sealing the Indictment and Arrest Warrant issued on this date, and for good cause shown,

IT IS on this 1st day of October, 2013,

ORDERED that the Indictment, Arrest Warrant, and all related documents, except as necessary to effectuate the arrest, be and hereby are sealed until further Order of this Court.

Honorable Michael A. Hammer MCH
United States Magistrate Judge